R. A. Mills, plaintiff in Error, v. Coleman & Ferguson, Defendants in Error.

(Supreme Court of Florida, *En Banc.*, June 21, 1905.)

No appearance for the Plaintiff in Error.

*Geo. W. Dayton,* for Defendants in Error.

Writ of Error to Circuit Court Pasco County; Joseph B. Wall, Judge.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. Writ of error dismissed on motion of counsel for the defendants in error.